# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SEAN M. DONAHUE, | : | No. 69 MM 2016 |
| Petitioner | : | |
| v. | : | |
| STATE CIVIL SERVICE COMMISSION (PA DEPARTMENT OF LABOR AND INDUSTRY), | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2016, the "Petition for Permission to Appeal" is **DENIED**.